UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED J. LIGGETT,<br><br>　　　　Plaintiff,<br>v.<br>SOCIAL SECURITY ADMINISTRATION/GOVERNMENT SOCIAL INTEGRATED SECURITY,<br><br>　　　　Defendants. | Case No. 3:13-cv-1658-GPC-RBB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH LOCAL RULE 83.11(b)** |

On January 14, 2013, Plaintiff, proceeding pro se, filed a complaint in the San Diego Superior Court, alleging causes of action for breach of contract, fraud, and negligence against the Social Security Administration ("Defendant"). (ECF No. 1-2.) On July 16, 2013, Defendant removed the action to this Court. (ECF No. 1.)

On August 2, 2013, Defendant filed an ex parte motion for an extension of time to file an answer to Plaintiff's Complaint. (ECF No. 3.) The Court granted Defendant's Ex Parte Motion on August 9, 2013, and the Order Granting Defendant's Ex Parte Motion was mailed to Plaintiff's address on file. (ECF No. 5.) On September 6, 2013, the Order Granting Defendant's Ex Parte Motion was returned to the Court as undeliverable. (ECF No. 6.) The returned mail indicates Plaintiff "Moved, Left No Address/Unable to Forward." (Id.)

On September 16, 2013, Defendant filed a motion to dismiss Plaintiff's Complaint. (ECF No. 7.) Defendant's Motion to Dismiss included a certificate of service, indicating the Motion was mailed to the address from which Plaintiff apparently moved without leaving a forwarding address. (ECF No. 7-3.) The Court thus finds Plaintiff did not receive notice of Defendant's Motion. The Court nonetheless finds it appropriate to dismiss Plaintiff's Complaint pursuant to the Court's Civil Local Rules.

Civil Local Rule 83.11(b) provides:

> A party proceeding pro se must keep the court and opposing parties advised as to current address. If mail directed to a pro se plaintiff by the clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of the plaintiff's current address, the court may dismiss the action without prejudice for failure to prosecute.

Because 60 days have elapsed from the time this Court's August 9, 2013 Order was returned as undeliverable without Plaintiff providing the Court and Defendant with her current address, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint for failure to prosecute. The hearing on Defendant's Motion to Dismiss, currently set for November 15, 2013, is **VACATED**. The Clerk of Court is directed to **TERMINATE** this case.

**SO ORDERED**.

DATED: November 5, 2013

HON. GONZALO P. CURIEL
United States District Judge